UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Dicksie Haynie | : | Case No. 15-57269 |
| | : | Chapter 13 (Hoffman) |
| : | | |
| | : | ********************** |
| Debtor(s). | : | |

**CHANGE OF ADDRESS**

Please find below a change of address for the above listed Debtors:

5441 Cedar Springs Road
Columbus OH  43228

**CERTIFICATE OF SERVICE:**

Now comes the counsel for the Debtors and certifies that a true copy of the change of address was served upon the US Trustee and Faye English, Chapter 13 Trustee this 2nd day of March 2016.

/s/ Derek M Shaw
Derek M. Shaw (0088076)
Attorney for Debtors
513 East Rich Street, Ste 210
Columbus, OH 43215
PH: 614-252-2300
dshaw@caliglaw.com